## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLIE CHAPMAN, on behalf of herself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>AA ACTION COLLECTION CO., INC. doing business as AA ACTION COLLECTION COMPANY, CHULSKY KAPLAN, LLC, AND JOHN DOES 1-25,<br><br>**Defendants.** | Civ. No. 2:21-cv-04175 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court on its *sua sponte* consideration of whether Plaintiff Kellie Chapman ("Plaintiff") has Article III standing to sue Defendant AA Action Collection Co., Inc., D/B/A AA Action Collection Company ("Defendant") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA"); and

**THE COURT NOTING** that it does not have subject matter jurisdiction because Plaintiff has not suffered a sufficiently concrete injury to confer Article III standing; and for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 15th day of February 2023, **ORDERED** that Plaintiff's Complaint is **dismissed.**

*/s/ William J. Martini*
**WILLIAM J. MARTINI, U.S.D.J.**